UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA DEMETRIUS BAIRFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOLANO COUNTY JAIL and OFFICER COLLINS,<br><br>　　　　Defendants. | Case No. 14-1591-VC (PR)<br><br>**ORDER OF TRANSFER** |

Dana Demetrius Bairfield, a state prisoner currently incarcerated at the Solano County Jail in Fairfield, has filed a civil rights action under 42 U.S.C. § 1983 against the Solano County Jail and Officer Collins for mishandling his legal mail.[1]

The acts complained of in this complaint occurred in Solano County which is located in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: May 30, 2014

　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Although Bairfield filed this case on the Court's form for filing a petition for a writ of habeas corpus, the Court construes it as a civil rights complaint because Barfield challenges his conditions of confinement rather than his conviction or sentence.